# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# COURT FILE NO.: CV – 07-755

| | |
|---|---|
| Larry Suher and Annette Suher, husband and wife<br><br>Plaintiffs,<br>v.<br><br>Redline Recovery Services, LLC<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br>**JURY TRIAL DEMANDED** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs, Larry Suher and Annette Suher, husband and wife, and their attorneys Jeffrey L. Suher, P.C., that the above-entitled action against Defendant shall be and is hereby dismissed with prejudice.

                                                        Respectfully submitted,

Dated: July 18, 2007                    JEFFREY L. SUHER, P.C.

                                                        By: s/Jeffrey L. Suher
                                                        Jeffrey L. Suher, Esquire
                                                        Attorney I.D.#74924
                                                        4328 Old William Penn Highway, Suite 2J
                                                        Monroeville, PA 15146
                                                        Telephone: (412) 374-9005
                                                        Facsimile: (412) 374-0799
                                                        lawfirm@jeffcanhelp.com


                                                        Attorneys for Plaintiff